# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Muse <br>　　　　　Debtor <br><br> M&T Bank <br>　　　　　Movant <br>　　vs. <br><br> Cynthia Muse <br>　　　　　Debtor <br><br> William C. Miller Esq. <br>　　　　　Trustee | CHAPTER 13 <br><br><br> NO. 15-17096 JKF <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **November 16, 2015, docket entry 18**.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

November 7, 2016