41810/15-17096

## IN THE UNITED STATES BANKRUPTCY COURT

## OF EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:CYNTHIA MUSE | : | |
|         DEBTOR | : | BKY NO. 15-17096 |
| AMERICAN HERITAGE FEDERAL | : | |
| CREDIT UNION | : | CHAPTER 13 |
|         MOVANT | : | |
| CYNTHIA MUSE | : | |
| WILLIAM C. MILLER | | |
|         RESPONDENTS | | |

## CERTIFICATION OF NO RESPONSE BEING FILED

**JENIECE D. DAVIS, ESQUIRE, OF THE LAW OFFICES OF MARTHA E. VON ROSENSTIEL, P.C** attorney for American Heritage Federal Credit Union, servicer for American Heritage Federal Credit Union the Movant herein, hereby certifies that no response has been filed to the foregoing Motion for Relief from Stay under Section 362(d) of the Bankruptcy Code of l978.

                                                **/s/Jeniece D. Davis**
                                                **Jeniece D. Davis, Esquire**
                                                **Martha E. Von Rosenstiel, P.C.**
                                                **649 South Avenue**
                                                **Secane, PA 19018**
                                                **Attorney ID 208967**
                                                **Jeniece@mvrlaw.com**

Date: April 25, 2017
David Offen, Esquire,Electronic Service
The Curtis Center
601 Walnut Street, Ste 160 W.
Philadelphia, PA  19106

Cynthia Muse
3725 15th Street
Philadelphia, PA 19140

William C. Miller, Electronic Service
1234 Market Street, Suite 1813
Philadelphia, PA 19107