United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-17096-jkf
Cynthia Muse                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1           Date Rcvd: Apr 27, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
db             +Cynthia Muse,    3725 N. 15th Street,    Philadelphia, PA 19140-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     DAVID M. OFFEN    on behalf of Debtor Cynthia  Muse dmo160west@gmail.com, davidoffenecf@gmail.com
     JENIECE D. DAVIS    on behalf of Creditor    AMERICAN HERITAGE FEDERAL CREDIT UNION Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
     THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Cynthia Muse | : | A HEARING WILL BE HELD |
| Debtor | : | ON 4/26/2017 ON 9:30 AM |
| American Heritage Federal Credit Union, its | : | IN COURTROOM #3 |
| successors and assigns | : | 900 MARKET STREET, |
| Movant, | : | PHILADELPHIA, PA 19107 |
| v. | : | |
| Cynthia Muse | : | CHAPTER 13 |
| Respondent | : | |
| William C. Miller, Trustee | : | BANKRUPTCY NO. 15-17096 |
| Additional Respondent | : | |
| | | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 26th day of April, 2017, upon motion of American Heritage Federal Credit Union, its successors and assigns, for relief from the Automatic Stay, it is

**ORDERED AND DECREED THAT**: The Automatic Stay of all proceedings, as provided under 11 U.S.C. 362(d)(1), is modified as to Movant with respect to the premises at **3725 15th Street Philadelphia, PA 19140**, The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
**UNITED STATES BANKRUPTCY JUDGE**

Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
Secane, PA 19018
(610) 328-2887

Cynthia Muse
3725 15th Street
Philadelphia, PA 19140

David Offen, Esquire
The Curtis Center

601 Walnut Street, Ste 160 W.
Philadelphia, PA 19106

William C. Miller
1234 Market Street
 Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107