*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cynthia Muse
    Debtor(s)

Case No: 15–17096–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certication of Default and
Objection to Certification of Default

    on: 12/12/17

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 11/29/17

For The Court

Timothy B. McGrath
Clerk of Court