**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    CYNTHIA MUSE, | : | |
|        Debtor | : | Bky. No. 15-17096 ELF |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **January 31, 2018 (Doc. # 84)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The Debtor shall serve a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

**Date: March 22, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**