```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                          :      CHAPTER 13
                                    :
    Cynthia Muse                    :
         Debtor                     :
                                    :      No. 15-17096-ELF
```

CERTIFICATION OF SERVICE

I, David M. Offen, attorney for the above-named Debtors, hereby certify that a copy of the Objection to the Certification of Default, and Notice of Hearing is being served on the Chapter 13 Trustee William C. Miller by electronic mail and on the following party by First Class Mail and electronic mail on June 12, 2018:

Rebecca Solarz, Esq., on behalf of M&T Bank
rsolarz@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

/s/ David M. Offen
David M. Offen
Attorney for Debtors