United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17096-elf
Cynthia Muse                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett        Page 1 of 1            Date Rcvd: Jun 13, 2018
                          Form ID: 167           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Cynthia Muse,    3725 N. 15th Street,    Philadelphia, PA 19140-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS     on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Cynthia  Muse dmo160west@gmail.com,  davidoffenecf@gmail.com
      JENIECE D. DAVIS    on behalf of Creditor    AMERICAN HERITAGE FEDERAL CREDIT UNION
       Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      THOMAS I. PULEO     on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cynthia Muse
    Debtor(s)

Case No: 15–17096–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

on: 6/26/18

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/13/18

Timothy B. McGrath
Clerk of Court

98 – 95, 96
Form 167