## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 15-17096-ELF

CYNTHIA MUSE

3725 N. 15TH STREET

PHILADELPHIA, PA 19140

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CYNTHIA MUSE

  3725 N. 15TH STREET

  PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 7/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee