United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia Muse  
    Debtor

Case No. 15-17096-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: Antoinett　　　　Page 1 of 2　　　　Date Rcvd: Oct 24, 2018  
　　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.

```
db             +Cynthia Muse,    3725 N. 15th Street,    Philadelphia, PA 19140-3601
13607805        Commonwealth of PA, City of Philadelphia,    Water Revenue Bureau,    1515 Arch Street,
                 One Parkway Building-14th Fl-Claims Unit,    Philadelphia, PA 19102
13607806       +Cybrcollect,    Po Box 1145 2350 South Ave Ste,    La Crosse, WI 54601-6272
13607807       +Frederic I. Weinberg & Associates, P.C.,    375 E. Elm Street,    Suite 210,
                 Conshohocken, PA 19428-1973
13607808       +Home Furnish,    5324 Va Beach Rd,    Virginia Beach, VA 23462-1828
13607809       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13607811       +Magisterial District #38-1-03,    Loretta A Leader,    8230 Old York Road,
                 Elkins Park, PA 19027-1514
13607812        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13630373      #+Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
13684005       +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Road, Suite 472,
                 Westlake, OH 44145-5605
13607814       +The Dump,    PO Box 12812,    Norfolk, VA 23541-0812
13611237       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13665304       +US Dept of Housing and Urban Development,    451 7th Street SW,    Washington, DC 20410-0002
13607816       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13607813        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Oct 25 2018 02:34:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 02:34:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2018 02:34:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2018 02:37:00     Orion,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13607798       +E-mail/Text: broman@amhfcu.org Oct 25 2018 02:34:31     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13694437       +E-mail/Text: megan.harper@phila.gov Oct 25 2018 02:34:52
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13607799       +E-mail/Text: clientrep@capitalcollects.com Oct 25 2018 02:35:06     Capital Collection Svc,
                 Po Box 150,    West Berlin, NJ 08091-0150
13607800       +E-mail/Text: bankruptcynotices@cbecompanies.com Oct 25 2018 02:34:39     Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13607801       +E-mail/Text: bankruptcy@philapark.org Oct 25 2018 02:35:02     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13607810        E-mail/Text: camanagement@mtb.com Oct 25 2018 02:34:03     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13625388        E-mail/Text: camanagement@mtb.com Oct 25 2018 02:34:03     M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13617873       +E-mail/Text: bankruptcy@philapark.org Oct 25 2018 02:35:02     Philadelphia Parking Authority,
                 701 Market St.,    Suite 5400,    Philadelphia, PA 19106-2895
13608769        E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2018 02:37:19
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13607815        E-mail/Text: megan.harper@phila.gov Oct 25 2018 02:34:51     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13607802*      +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13607803*      +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13607804*      +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13607817*      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13607818*      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                   Date Rcvd: Oct 24, 2018
                              Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Cynthia  Muse dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JENIECE D. DAVIS    on behalf of Creditor    AMERICAN HERITAGE FEDERAL CREDIT UNION
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CYNTHIA MUSE                                      Chapter 13

                        Debtor                   Bankruptcy No. 15-17096-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 24, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CYNTHIA MUSE

3725 N. 15TH STREET

PHILADELPHIA, PA 19140